UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRES AVENDANO TORIBIO, | CASE NO. 2:25-cv-02540-JNW-GJL |
| Petitioner, | ORDER GRANTING IN PART PETITIONER'S MOTION FOR BRIEFING SCHEDULE |
| v. | |
| BRUCE SCOTT, et al., | |
| Respondents. | |

This matter comes before the Court on Petitioner Andres Avendano Toribio's Unopposed Motion for Briefing Schedule, Dkt. No. 8, which contains three requests for relief. Having considered the motion and the relevant record, the Court GRANTS the motion IN PART.

First, Petitioner asks the Court to issue a briefing schedule for his underlying habeas petition. Dkt. No. 8. Respondents do not oppose the request for a schedule. *Id.* at 2. Therefore, the motion is GRANTED as to Petitioner's request for a briefing schedule. The Court SETS the following deadlines for briefing on the underlying habeas petition:

ORDER GRANTING IN PART PETITIONER'S MOTION FOR BRIEFING SCHEDULE - 1

| Respondents' Response/Return Brief due | December 29, 2025 |
|---|---|
| Petitioner's Reply/Traverse Brief due | January 5, 2026 |
| Petition noted for consideration on | January 5, 2026 |

Second, Petitioner asks that the Government be prohibited from removing or transferring him from this district without first providing his counsel with 48-hour notice of the removal. *Id.* at 2. The Government takes no position on the requested relief, but previously agreed to provide Petitioner with 48-hour advance notice should Immigration and Customs Enforcement (ICE) "intend[ ] to move/transfer/remove Petitioner" while his habeas petition is pending. Dkt. Nos. 4, 5. Finding good cause to do so, the Court GRANTS the motion as to the 48-hour notice requirement. The Court ORDERS that Respondents may not remove Petitioner from the United States or transfer Petitioner outside of the Western District of Washington without providing Petitioner's counsel with at least 48-hour notice of the removal or transfer.

Finally, Petitioner asks that the Court not refer this matter to the Magistrate Judge "in order to expedite a final ruling by the Court." Dkt. No. 8 at 2. The Court recognizes the need to resolve immigration habeas matters quickly; referral to a Magistrate Judge for a Report and Recommendation ("R&R") is consistent with this goal and does not prevent timely resolution. Petitioner does not explain why his case requires a departure from the usual course. Accordingly, the request is DENIED. The Court REFERS the petition to Magistrate Judge Grady J. Leupold

ORDER GRANTING IN PART PETITIONER'S MOTION FOR BRIEFING SCHEDULE - 2

for an R&R on the merits of Petitioner's claim. Should circumstances arise that require emergency relief, Petitioner may seek a temporary restraining order.

Dated this 17 day of December, 2025.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IN PART PETITIONER'S MOTION FOR BRIEFING SCHEDULE - 3